**MEMO ENDORSED**

# LAW OFFICE OF LAURA WONG-PAN PLLC
–Attorney & Counselor at Law–

319 Mill Street
Poughkeepsie, New York 12601

Telephone: (845) 218-1288
Facsimile: (845) 684-0007
www.laurawongpanlaw.com

November 2, 2021

**By ECF and Fax to (914) 390-4179**

Hon. Nelson S. Román
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

RE:  Herbert v. Pegasus Research Group d/b/a Televerde
     7:20-CV-06043-NSR-AEK

Dear Judge Román:

This is a joint letter on behalf of both parties, requesting an adjournment of the November 5, 2021, case management conference since the parties have not yet completed discovery. The revised Civil Case Discovery Plan, signed by the Hon. Andrew E. Krause, sets a date of March 7, 2022, for the completion of discovery, and we request that the case management conference be scheduled after that date. Both attorneys are available on March 10, 11 and 17.

This is our first request for adjournment of the case management conference.

Thank you for your courtesies.

Respectfully submitted,

*/s/ Laura Wong-Pan*
Laura Wong-Pan

cc: Kimberly Dobson, Esq. (by ECF)

---

**Endorsement:**

Due to an extension of the discovery deadlines, the parties' joint request to adjourn the Case Management Conf. from Nov. 5, 2021 until Mar. 24, 2022 at 2:00 pm is GRANTED. The conf. will be held by AT&T Teleconf. To access the teleconf., please follow these directions: (1) Dial the Meeting Number: (877) 336-1839; (2) Enter the Access Code: 1231334 #; (3) Press pound (#) to enter the teleconf. as a guest. Clerk of Court requested to term. the motion (doc. 36).

Dated: Nov. 2, 2021

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  11/2/2021