MEMO ENDORSED

**Littler**

Littler Mendelson, P.C.
290 Broadhollow Road
Suite 305
Melville, NY  11747

Kimberly N. Dobson
631.247.4734 direct
631.247.4700 main
631.794.2744 fax
kdobson@littler.com

March 22, 2022

**VIA ECF**

Honorable Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street, Courtroom 218
White Plains, New York 10601

**Re:   Mary Jayne Herbert v. Pegasus Research Group LLC d/b/a Televerde**
**Case No.: 20-cv-06043 (NSR)**

Dear Judge Roman:

We are counsel for Defendant Pegasus Research Group LLC d/b/a Televerde in the above-referenced action.  We write, jointly with counsel for Plaintiff, to request an adjournment of the March 24, 2022 Case Management Conference since the parties have not yet completed discovery.  Yesterday, Magistrate Judge Andrew E. Krause ordered the remaining discovery items to be completed on or before April 15, 2022.  As such, we jointly request that the Case Management Conference is adjourned to a date after April 15, 2022.

We thank you in advance for your consideration of this request.

Respectfully submitted,

*/s/ Kimberly N. Dobson*

Kimberly N. Dobson

cc:     Laura Wong-Pan, Esq. (*via* ECF)

Due to an extension of the discovery deadlines, the parties' joint request to adjourn the telephonic Case Management Conf. from Mar. 24, 2022 until May 11, 2022 at 1:45 pm is GRANTED. The parties are directed to this Court's Order, dated Nov. 2, 2021, (ECF No. 37) for dial-in instructions. Clerk of Court is requested to terminate the motion (ECF No. 69).
Dated: White Plains, NY
    March 23, 2022
       SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/23/2022

littler.com